UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWARK GROUP, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>DOPACO, INC.,<br><br>          Defendant. | Case No. 2:08-CV-02623-GEB-DAD<br><br>**ORDER MODIFYING PRETRIAL SCHEDULE** |

The parties' Stipulated Motion to Modify Pretrial Scheduling Order is hereby GRANTED. The parties shall comply with Federal Rule of Civil Procedure 26(a)(2)'s expert witness disclosure requirements on or before December 2, 2009. All expert discovery shall be completed by March 19, 2010. In all other respects, the Court's February 3, 2009 Pretrial Scheduling Order remains unchanged.

Dated: October 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge