PETER HSIAO (CA SBN 119881)
PHsiao@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

ROBIN S. STAFFORD (CA SBN 200950)
RStafford@mofo.com
MARK POE (CA SBN 223714)
MPoe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
THE NEWARK GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWARK GROUP, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOPACO, INC.,<br><br>　　　　　Defendant. | Case No. 2:08-CV-02623-GEB-DAD<br><br>**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　January 25, 2010<br>Time:　9:00 a.m.<br>Place:　Courtroom 10, Hon. Garland Burrell |

Pursuant to Local Rule 56-260(a), Plaintiff The Newark Group hereby submits its Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment.

| **Undisputed Material Fact:** | **Supporting Evidence:** |
|---|---|
| 1. The Newark Group ("Newark") is the current owner of the property located at 800 West Church Street in Stockton, California (the "Property"), which it purchased in June 1989. | NEW 3332-3346 (attached as Ex. 33 to Declaration of Robin Stafford in support of Newark's Motion for Partial Summary Judgment ("Stafford Decl.")) |
| 2. Dopaco was a tenant in the northwest corner of the Property's main building from 1981 through 1988, prior to the time that Newark purchased the Property. | Answer at ¶ 11<br><br>DOPACO 882-917, 917 (Stafford Decl. Ex. 34) (Dopaco's Lease, with map depicting leased premises)<br><br>DOPACO 2093-2095 (Stafford Decl. Ex. 35) (letter from then-owner, describing post-vacancy inspection) |
| 3. While a tenant at the Property, Dopaco operated a rotogravure printing operation in the basement area it leased (the "Basement"). | Answer at ¶¶ 11-12<br><br>Stafford Decl. Ex. 34 (Dopaco's Lease, *supra*)<br><br>DOPACO 2039-2056, 2054 (Stafford Decl. Ex. 12) |