IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE NEWARK GROUP, INC.,

      Plaintiff,                      No. CIV S-08-2623 GEB DAD

     v.

DOPACO, INC.,

      Defendant.                  ORDER

_____/

        On September 27, 2010, defendant filed a motion to compel plaintiff to permit a site inspection under Federal Rule of Civil Procedure 34 and to compel the deposition of plaintiff's expert witness under Federal Rule of Civil Procedure 30. (Doc. No. 118.) The motion appears to be untimely.

        The Status (Pretrial Scheduling) Order issued by the assigned district judge on February 3, 2009, required completion of non-expert discovery by October 1, 2009, and completion of expert discovery by February 19, 2010.[1] (Doc. No. 11.) Defendant's timely

---

[1] "In this context, 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired." (Doc. No. 11, Status (Pretrial Scheduling) Order at 2.) "A party conducting discovery near the

motion to compel filed July 29, 2009, was heard and granted in part by the undersigned on September 11, 2009.  (Docs. No. 22, 23.)  By Order Modifying Pretrial Schedule filed October 29, 2009, the deadline for completion of expert discovery was extended to March 19, 2010.  (Doc. No. 27.)  On May 11, 2010, defendant filed an untimely motion to quash deposition notice.  (Doc. No. 93.)  By order filed May 13, 2010, the assigned district judge extended the deadline for completion of expert discovery to July 27, 2010, set the last hearing date for motions on September 27, 2010, and rescheduled the final pretrial conference for November 22, 2010.  (Doc. No. 94.)  Pursuant to the modified deadline for completing expert discovery, the undersigned heard and denied defendant's motion to quash on June 18, 2010.  (Docs. No. 99, 100.)

        The record reflects that non-expert discovery closed on October 1, 2009, expert discovery closed on July 27, 2010, motion practice closed on September 27, 2010, and the case is set for final pretrial conference on November 22, 2010 and Jury Trial on January 25, 2011.  Absent the reopening of discovery, the undersigned cannot entertain defendant's untimely motion.  Defendant's motion to compel (Doc. No. 118) is therefore denied without prejudice, and the motion will not be heard on October 22, 2010.

        IT IS SO ORDERED.

DATED: October 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/newark2623.mtc.untimely

---

discovery 'completion' date runs the risk of losing the opportunity to have a judge resolve discovery motions pursuant to the Local Rules." (Id. at 2 n.2.)