IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE NEWARK GROUP, INC.,

    Plaintiff,                                   No. CIV S-08-2623 GEB DAD

    v.

DOPACO, INC.,

    Defendant.                               <u>ORDER</u>

_____/

        Defendant has moved to limit the use of certain documents as a sanction for plaintiff's untimely production of those documents in discovery. As set forth in the order filed by the undersigned on October 6, 2010 (Doc. No. 119), non-expert discovery closed in this action on October 1, 2009 and expert discovery closed on July 27, 2010. Defendant's motion (Doc. No. 124) is denied without prejudice to re-filing only if discovery in this action is re-opened and the motion is not rendered moot thereby.

        IT IS SO ORDERED.

DATED: November 10, 2010.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/newark2623.mot.untimely2