IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWARK GROUP, INC., | ) |
| | ) 2:08-cv-02623-GEB-DAD |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DOPACO, INC., | ) |
| | ) |
| Defendant. | ) |

Plaintiff filed an application to set a mandatory settlement conference under Local Rule 270(a), which prescribes: "A settlement conference shall be held in all actions unless otherwise ordered by the Court on objection of a party or for other good cause." Therefore, a mandatory settlement conference is scheduled before Magistrate Judge Edmund F. Brennan on February 16, 2012, commencing at 10:00 a.m.

The parties are directed to submit confidential settlement conference statements to Judge Brennan seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized

1  to settle the matter at the settlement conference on any terms. <u>See</u>
2  Local Rule 270.

3  Dated:  January 25, 2012

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge