IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE NEWARK GROUP, INC.,

      Plaintiff,                      No. CIV S-08-2623 GEB DAD

    vs.

DOPACO, INC.,                          <u>ORDER RE SETTLEMENT & DISPOSITION</u>

      Defendant.

/

      Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on March 28, 2012, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than ten (10) days from the date of this order.

      All hearing dates set in this matter, including the April 3, 2012 trial before the district judge, are **VACATED.**

////

////

////

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: April 2, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2