UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWARK GROUP, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOPACO, INC.,<br><br>　　　　　　Defendant. | Case No. 2:08-CV-02623-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE UNDER STIPULATED INJUNCTION AND CONSENT DECREE** |

WHEREAS the Court entered a Stipulated Injunction and Consent Decree ("Stipulated Injunction") in this case on April 20, 2012;

WHEREAS, the parties stipulate to modify the dates in the Stipulated Injunction at paragraphs 6.c., 6.d., and 6.e, to allow additional time for Dopaco to comply with those requirements, and for Newark to conduct and submit the results of additional sampling to investigate the presence and location of toluene in the Dopaco area as that term is defined in the Stipulated Injunction, with such additional investigative work estimated to cost $10,000 or less;

THEREFORE, the Parties further stipulate, and the Court orders, the following amendments to the Stipulated Injunction:

1.      Dopaco's deadline to submit a proposed remedial work plan to the Water Board for its approval, which plan shall include a proposal to excavate toluene source areas (as set forth in paragraph 6.c. of the Stipulated Injunction) shall be extended to May 31, 2013.

2.      Dopaco's deadline to meet with the Water Board to obtain its approval of the remedial work plan (as set forth in paragraph 6.d. of the Stipulated Injunction) shall be extended to August 31, 2013.

3.      Dopaco's deadline to complete the remedial work (as set forth in paragraph 6.e. of the Stipulated Injunction) shall be extended to February 28, 2014.

4.      The terms of the Stipulated Injunction shall otherwise remain unchanged.

5.      The Court makes no determination at this time, and reserves for later consideration whether there will be costs reimbursed to Newark from Dopaco for the additional investigation and whether those costs will be offset by costs that Dopaco incurred in draining water from the site following a ruptured water main, with both parties retaining all of their rights and objections.

**IT IS SO ORDERED.**

Dated:  February 21, 2013

_____
EDMUND F. BRENNAN
United States Magistrate Judge

(*signatures of parties on following page*)

STIPULATED [PROPOSED] ORDER MODIFYING INJUNCTION   2
sf-3127787

**THE UNDERSIGNED SIGNATORIES represent that they have all necessary authority to agree and enter into this stipulation on behalf of their respective party.**

**FOR PLAINTIFF THE NEWARK GROUP, INC.**

/s/ *Peter Hsiao*                              Dated: February 21, 2013
Peter Hsiao, Esq.
Morrison & Foerster LLP
Counsel for The Newark Group, Inc.

**FOR DEFENDANT DOPACO, INC.**

/s/ *Christian H. L'Orange* (as authorized on 2/21/13) Dated: February 21, 2013
Christian H. L'Orange, Esq.
Drinker Biddle & Reath LLP
Counsel for Dopaco, Inc.